# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO        :  No. 461
                             :
CRIMINAL PROCEDURAL          :  CRIMINAL PROCEDURAL RULES
                             :  DOCKET
RULES COMMITTEE              :

## O R D E R

**PER CURIAM:**

AND NOW, this 30th day of January, 2015, Steven M. Stadtmiller, Esquire, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2016.